**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-02335-EWN-BNB

MARY ANN CHAMBERLAIN,

    Plaintiff,

v.

GISELLE R. JARMILLO, as agent and
employee of the U.S. Postal Service and
the United States Postal Service,

    Defendants.

---

**ORDER**

---

THIS MATTER, having come before this Honorable Court upon written Motion by the above-named Plaintiff, by her respective counsel of record, and this Honorable Court, having examined the Motion, now finds that the voluntary dismissal should be granted.

IT IS THEREFORE ORDERED that this matter is dismissed, with prejudice, and with Plaintiff to pay her own costs and attorney's fees.

DONE BY THIS COURT this 27th day of December, 2005.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge